# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161943

*In re* LOUIS G. BASSO, JR. REVOCABLE
TRUST.

_____

MARY ANGELA BASSO,
         Appellant,

v

THOMAS BRENNAN FRASER, Successor
Trustee,
         Appellee.

SC: 161943
COA: 349986
Oakland PC: 2015-363780-TV

_____/

      On order of the Court, the application for leave to appeal the July 30, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2021



Clerk

b0419